TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ROSS ARELLANO EDWARDS
Assistant United States Attorney
Arizona State Bar No. 033439
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ross.arellano.edwards@usdoj.gov
Attorneys for Plaintiff

FILED ✓   ____ LODGED
____ RECEIVED   ____ COPY

OCT 1 4 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-25-01408-PHX-SMB (DMF) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 1 – 19 |
| Juan Rosas Valdez, | | |
| Defendant. | | |
| | | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**<u>COUNTS 1- 19</u>**

On or about the dates listed below, in the District of Arizona, JUAN ROSAS VALDEZ knowingly made a false statement and representation in connection with the acquisition of firearms to the businesses below, which was intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of firearms by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the business, in that Defendant JUAN ROSAS

VALDEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer or transferee of the firearms, whereas in truth and fact, he knew that he was buying the firearms on behalf of another person.

| Count | Date | Business (FFL) |
|---|---|---|
| 1 | 3/31/2023 | Reed's Firearms and Accessories (Gilbert, AZ) |
| 2 | 4/6/2023 | Sportsman's Warehouse (Mesa, AZ) |
| 3 | 3/18/2024 | Pawn 1st (Tempe, AZ) |
| 4 | 4/29/2024 | Pawn 1st (Tempe, AZ) |
| 5 | 5/14/2024 | Pawn 1st (Tempe, AZ) |
| 6 | 5/24/2024 | Alpha Dog Firearms (Tempe, AZ) |
| 7 | 5/26/2024 | MMP Guns (Phoenix, AZ) |
| 8 | 5/28/2024 | Baseline Pawn (Phoenix, AZ) |
| 9 | 5/29/2024 | Tombstone Tactical (Phoenix, AZ) |
| 11 | 5/30/2024 | Alpha Dog Firearms (Tempe, AZ) |
| 10 | 5/31/2024 | Alpha Dog Firearms (Tempe, AZ) |
| 12 | 6/1/2024 | AZ Guns (Tempe, AZ) |
| 13 | 6/3/2024 | Predator Guns (Tempe, AZ) |
| 14 | 6/3/2024 | Chandler Pawn and Jewelry (Chandler, AZ) |
| 15 | 6/3/2024 | Alpha Dog Firearms (Tempe, AZ) |
| 16 | 6/6/2024 | Alpha Dog Firearms (Tempe, AZ) |
| 17 | 6/7/2024 | Alpha Dog Firearms (Tempe, AZ) |
| 18 | 6/10/2024 | Alpha Dog Firearms (Tempe, AZ) |
| 19 | 6/10/2024 | Lone Wolf Trading Company (Peoria, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations in Counts 1-22 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1-22 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or

- 2 -

intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable. If any forfeitable property, as a result of any act or omission of the defendant:

> (1) cannot be located upon the exercise of due diligence,
>
> (2) has been transferred or sold to, or deposited with, a third party,
>
> (3) has been placed beyond the jurisdiction of the court,
>
> (4) has been substantially diminished in value, or
>
> (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date:  October 14, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/

ROSS ARELLANO EDWARDS
Assistant U.S. Attorney

- 3 -